FILED: June 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1879
(1:22-cv-00803-ABA)

---

HEATHER MYERS, Individually and as Personal Representative of the Estate of James Myers

Plaintiff - Appellee

v.

OFFICER ANTHONY MICHAEL DEVINE, Individually and in his Official Capacity as a Town of Elkton Police Officer

Defendant - Appellant

and

TOWN OF ELKTON, MARYLAND; DETECTIVE THOMAS FRANK SAULSBURY, Individually and in his Official Capacity as a Town of Elkton Police Detective; DETECTIVE DENNIS J. LASASSA, Individually and in his Official Capacity as a Town of Elkton Police Detective

Defendants

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeal is dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK