**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JAMES MYERS, ET AL.** | * | |
| **PLAINTIFFS,** | * | |
| **v.** | * | **Case No.: 1:22 -cv-00803-CJC** |
| **TOWN OF ELKTON, MARYLAND, ET AL.,** | * | |
| **DEFENDANTS.** | * | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 3, 2026, Order, the parties jointly advise the Court that they have settled the above-captioned lawsuit. The parties are in the process of drafting the release and settlement agreement. After the settlement payment is issued, Plaintiff will dismiss the case with prejudice.

Respectfully submitted,

/s/ Raymond R. Mulera
__________________________

Raymond R. Mulera
Federal Bar # 09454
rmulera@lgit.org
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 451-1700
Facsimile (443) 561-1701

*On behalf of all parties, with their consent*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of August 2026, a copy of the foregoing Joint Status Report was filed and served via CM/ECF.

/s/ Raymond R. Mulera
____________________________
Raymond R. Mulera.