**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**JAMES MYERS, et al.**

**Plaintiffs,**

**v.** **Case No.: 1:22-cv-00803-ABA**

**TOWN OF ELKTON, MARYLAND,**
**et al.,**

**Defendants.**

**STIPULATION OF DISMISSAL**

This matter having been settled, the Parties stipulate to the dismissal of the above-captioned proceeding with prejudice.

Respectfully submitted,

_/s/ Cary J. Hansel_____________
Cary J. Hansel (#14722)
Kristen Mack (#30349)
2514 N. Charles Street
Baltimore, MD 21218
(301) 461-1040

*Counsel for Plaintiffs*

_/s/ Raymond R. Mulera_________
Raymond R. Mulera (#09454)
7225 Parkway Drive
Hanover, Maryland 21076
(443) 561-1700
rmulera@lgit.org

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2026, the foregoing paper was filed and served via CM/ECF.

_________/s________________
Raymond R. Mulera (#09454)